UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| COUTINHO FERROSTAAL, INC.,<br>f/k/a MAN FERROSTAAL, INC. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| M/V GENCO SUCCESS, her engines,<br>boilers, tackle, etc., HYUNDAI MERCHANT<br>MARINE CO LTD, GENCO SHIPPING &<br>TRADING, LTD, GENCO SUCCESS LTD.<br>Defendants. | 08 CV 3341 (CM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 14th day of April, 2008

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 4th day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 897 285 US**

J. Michael McMahon
CLERK

Dated: New York, NY



*gsley & Calkins*

: AT LAW

*Admiralty*

RY STREET

/ YORK 11801

—

1-0064

) 931-4313

April 10, 2008

500 Pearl Street
New York, New York 10007

Re:   COUTINHO FERROSTAAL, INC. V.
      M/V GENCO SUCCESS *et al*
      08 CV 3341 (CM)
      Our Ref: FS7984

Sir:

      Please serve the enclosed Summons and Complaint on the following defendant by registered mail pursuant to Federal Rules of Civil Procedure Rule 4: (f)(2)(c) (ii):

           HYUNDAI MERCHANT
           MARINE CO. LTD.
           66 Jeckseon dong
           SEOUL KOREA

      Thank you.

                         Very truly yours,

HMK/mhb
Encl.