# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

COUTINHO FERROSTAAL, INC., f/k/a
MAN FERROSTAAL, INC.

## SUMMONS IN A CIVIL CASE

Plaintiff,

V.

CASE NUMBER: 08 CV 3341 (CM)

M/V GENCO SUCCESS, her engines,
boilers, tackle, etc., tackle, etc.,
HYUNDAI MERCHANT MARINE CO
LTD, GENCO SHIPPING & TRADING,
LTD, GENCO SUCCESS LTD.

Defendants.

TO:  GENCO SUCCESS LTD         HYUNDAI MERCHANT         GENCO SHIPPING &
     299 Park Avenue, 20th Flr.  MARINE CO LTD.          TRADING, LTD.
     New York, NY 10171         66 Jeckseon dong         299 Park Avenue, 20th Flr.
                                Seoul KOREA              New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 0 4 2008

CLERK  J. MICHAEL MCMAHON                              DATE

(BY) DEPUTY CLERK

| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | Attorney: KINGSLEY, KINGSLEY & CALKINS |
|---|---|

COUTINHO FERROSTAAL, INC., F/K/A MAN FERROSTAAL, INC.

                                                                Plaintiff(s)

                - against -

M/V GENCO SUCCESS, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

                                                              Defendant(s)

Index # 08 CV 3341 (CM)

Purchased April 4, 2008
File # FS 7984

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 21, 2008 at 11:30 AM at

299 PARK AVENUE, 20TH FL.
NEW YORK, NY10171

deponent served the within SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT on GENCO SHIPPING & TRADING, LTD. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JENNIFER STELLA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 27 | 5'5 | 145 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 22, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**MICHAEL HARRIS**
License #: 1077447
Invoice #: 460549

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728