*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

# MEMO ENDORSED

*conferened off calendar*

May 20, 2008

Hon. Colleen McMahon                **By Fax**
United States District Court
Southern District of New York
500 Pearl Street, RM 640
New York, NY 10007

*[signed] Colleen McMahon 5/21/08*

      RE:  COUTINHO FERROSTAAL, INC. v.
            M/V GENCO SUCCESS, et al.
            08 CV 3341 (CM)(DFE)
            Our Ref: FS 7984

Dear Judge McMahon:

    We represent the plaintiff herein. We write to respectfully request an adjournment of the pretrial conference scheduled for Friday, May 23, 2008, at 11:15 A.M. This is the first request for an adjournment.

    This maritime action was filed on April 4, 2008. Although defendants have been served, no defendant has yet appeared.

    Thus, we respectfully request a 30 day adjournment of the pretrial conference at a time convenient for the Court to give defendants the opportunity to appear and perhaps discuss settlement

    Pursuant to the Court's individual rule 2(A), we enclose a copy of our amended verified complaint and rule 7.1 statement..

    Thank you.

                                                Respectfully,

KTM/
Enc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08