```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
COUTINHO FERROSTAAL, INC.,
f/k/a MAN FERROSTAAL, INC.

                            Plaintiffs,    08 Civ. 3341 (CM)

        - against -
                                           RULE 7.1 STATEMENT
M/V GENCO SUCCESS, her engines,
boilers, tackle, etc., HYUNDAI
MERCHANT MARINE CO LTD, GENCO
SHIPPING & TRADING, LTD, GENCO
SUCCESS LTD.

                            Defendants.
-----------------------------------------X
```

Garth S. Wolfson, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants HYUNDAI MERCHANT MARINE CO LTD, GENCO SHIPPING & TRADING, LTD, and GENCO SUCCESS LTD., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of HYUNDAI MERCHANT MARINE CO LTD, GENCO SHIPPING & TRADING, LTD, and GENCO SUCCESS LTD.

Dated:    New York, New York
          May 22, 2008

                                            _____
                                            Garth S. Wolfson (GW 7700)

1