HMK/mb P57984

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
COUTINHO FERROSTAAL, INC.,
f/k/a MAN FERROSTAAL, INC.

     Plaintiff,        08 CV 3341 (CM)(DFE)
                  ECF CASE
   -against-

M/V GENCO SUCCESS, her engines,   STIPULATION AND
boilers, tackle, etc., HYUNDAI MERCHANT ORDER TO AMEND FIRST
MARINE CO LTD, GENCO SHIPPING &  AMENDED COMPLAINT
TRADING, LTD, GENCO SUCCESS LTD.

     Defendants
-------------------------------------------------------X

  WHEREAS Plaintiff filed its Complaint in this matter on April 4, 2008, and

  WHEREAS Plaintiff filed its Amended Complaint in this matter on April 22, 2008, and defendants filed their Answer by their attorneys Mahoney & Keane, Esqs., on or about May 22, 2008, and

  WHEREAS Plaintiff wishes to assert an additional claim concerning cargo that was transported on the M/V GENCO SUCCESS, Voyage 705M, from Shanghai, China to Houston, Texas, under b/l HDMUSHOHS7050135 dated on or about June 24, 2007, in the amount of $30,000.00, and

  WHEREAS Plaintiff has determined that the Complaint needs to be amended to assert such additional claim, and

  WHEREAS Defendants have consented to Plaintiff amending its Amended Complaint,

  THEREFORE the parties hereby stipulate to the filing of Plaintiff's Second Amended Complaint attached hereto as Exhibit 1.

Dated: July 10, 2008

KINGSLEY KINGSLEY & CALKINS    MAHONEY & KEANE, ESQS.
Attorneys for Plaintiff         Attorneys for Defendants

By: *[signature]*            By: *[signature]*
HAROLD M. KINGSLEY       EDWARD A. KEANE
91 W. Cherry Street         11 Hanover Square, 10th Fl.
Hicksville, NY 11801        New York, NY 10005
(516) 931-0064          (212) 385-1422

SO ORDERED,

*[signature]*
Colleen McMahon, U.S.D.J.

Dated: 7/17/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

TOTAL P.02